UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

DANIEL BENYAMIN a/k/a DANIEL
BENYAMINOV d/b/a BENYAMANOV
CONSTRUCTION & REMODELING, LLC

and

LUCY BEYAMIN d/b/a BENYAMINOV
CONSTRUCTION & REMODELING, LLC,
        Debtors.
------------------------------------------------------------X
DITECH FINACIAL LLC,

       Appellant,

   -against-

DANIEL BENYAMIN a/k/a DANIEL
BENYAMINOV d/b/a BENYAMINOV
CONSTRUCTION & REMODELING, LLC,
and LUCY BEYAMIN d/b/a BENYAMINOV
CONSTRUCTION & REMODELING, LLC,
        Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020

19 **CIVIL** 1907 (RA)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, the Bankruptcy Court's decision is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
    June 4, 2020

                 **RUBY J. KRAJICK**

                  **Clerk of Court**
            BY:
                  **Deputy Clerk**